# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Hater Pruuf, Inc.            Plaintiff(s),

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

vs.

Case No.

Civil Action No. 13-763

DrJays.com

Defendant(s).

I hereby certify that on 03/11/2013 (mm/dd/yyyy), I caused the following documents: *[List the documents you are going to file and serve.]*

① Motion to Request for Entry of Default Judgment

② Affidavit in Support of Request for Entry of Default

*[Check the box, below, that applies to how you served the above documents.]*

☐ to be filed electronically with the Clerk of Court through ECF and/or

☒ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following: *[List names and addresses of those served by U.S. Mail.]*

DrJays.com
7720 Kenamar Court, Suite C
San Diego, CA 92121-2425

Date:

03/11/2013

_Sir James_
**Signature of filing party**

Sir James

Filer's Typed Name