# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

**HATER PRUUF INC**

VS

Cafe Press, Inc.

Zazzle.com

Macy's, Inc.

Amazon.com

**Civil Action No 13-763**

## REQUEST FOR ENTRY FOR DEFAULT JUDGMENT

Comes now **HATER PRUUF, INC** and hereby requests the Clerk to enter a default against the Defendants, Cafe Press, Inc., Zazzle.com, Macy's, Inc., and Amazon.com on the basis of that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*Sir James*

SIR JAMES (PRO SE)

HATER PRUUF INC

54 MILBROOK COURT

EASTON, PA 18045

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Pennsylvania

**HATER PRUUF INC**                                  **Civil Action No 13-763**

VS

Cafe Press, Inc., Zazzle.com, Macy's, Inc., Amazon.com

### AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Sir James, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the Plaintiff (Pro se) in this matter. Hater Pruuf, Inc. is my company.
2. A complaint was filed herein on 2-8-13 and service of Process was had on the defendants on 2-19-13
3. More than (21) days have elapsed since the defendant in this action was Served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Sworn to and subscribed before        _N. "Al-G. Boroughly c/o Sir James_
Me this 13th day of March 2013                    (PRO SE)

_Marianne F. Hall_                        HATER PRUUF, INC

**Notary Public**                         54 MILBROOK COURT

                                          EASTON, PA 18045

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Marianne F. Hall, Notary Public
City of Easton, Northampton County
My Commission Expires May 26, 2014
Member, Pennsylvania Association of Notaries

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

HATER PRUUF, INC.

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

vs.

Case No. 13-763

Cafe Press, Inc.
Zazzle.com
Macy's, Inc.
Amazon.com

I hereby certify that on 03-13-13, I caused the following documents:

1. Request (motion) for entry of default judgment

2. Affidavit in support of request for entry of default judgment

[Check the box, below, that applies to how you served the above documents.]

☐ to be filed electronically with the Clerk of Court through ECF and/or

☒ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

*Cafe Press, Inc.*
*1850 Gateway Drive, Suite 300*
*San Mateo, California 94404*

Zazzle.com
1900 Seaport Boulevard, Suite 4
Redwood City, California  94063-5588

Amazon.com
410 Terry Avenue North
Seattle, Washington  98109-5210

Macy's, Inc.
11 Penn Plaza
Law Department, 11th Floor
New York, NY  10001

Date: 03-13-13

*Sir James* (signature)
**Signature of filing party**

Sir James

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

**HATER PRUUF INC**                                      **Civil Action 13-763**

V

Cafe Press, Inc., Zazzle.com, Amazon.com, Macy's, Inc.

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on 2-8-13; that the summons and complaint was duly served upon the Defendants, Cafe Press, Inc., Zazzle.com, Amazon.com, and Macy's, Inc. And no answer or other pleading has been filed by said defendant as required by Law;

Therefore, upon request by Plaintiff, default is hereby entered against the defendants, Cafe Press, Inc., Zazzle.com, Amazon.com, and Macy's, Inc., as provided by rule 55(a) Federal Rules of Civil Procedure.

By_____

Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| **HATER PRUUF INC** | ) | |
| v | ) | |
| **DrJays.com** | ) | Civil Action No 13-763 |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on 2-8-13; that the summons and complaint was duly served upon the Defendant, DrJays.com. And no answer or other pleading has been filed by said defendant as required by Law;

Therefore, upon request by Plaintiff, default is hereby entered against the defendant, DrJays.com, as provided by rule 55(a) Federal Rules of Civil Procedure.

By_____

Deputy Clerk